No. 3,325.—IN RE MARY FENNER ET AL.

Application for writ of *habeas corpus.*

Decided April 28, 1913.

PER CURIAM.—Complainants' application herein having been heretofore (April 22, 1913) argued and submitted, it is ordered that the writ be denied and the proceeding dismissed.

*Mr. Julius H. Brass,* and *Mr. A. P. Heywood,* for Complainants.

*Mr. H. S. Hepner,* and *Mr. J. A. Walsh,* for Respondent Sister Our Wishes, Sister Superior of the House of Good Shepherd.

———

No. 3,338.—MARTHA SULLIVAN, ADMX., RESPONDENT, *v.* CITY OF BUTTE, APPELLANT.

*Appeal from District Court, Silver Bow County.*

Decided May 16, 1913.

PER CURIAM.—Appellant's motion to dismiss the appeal herein is hereby granted and the appeal is accordingly dismissed.

*Messrs. H. L. Maury, John A. Smith,* and *N. A. Rotering,* for Appellant.